[Nos. 18652-1-III; 18655-5-III.   Division Three.   December 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS GOMEZ PAZ, ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Franklin County, Nos. 99-1-50143-7 and 99-1-50142-9, Philip M. Raekes, J., entered July 20, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 18724-1-III.   Division Three.   December 19, 2000.]

*In the Matter of the Marriage of* SHARON A. CARUSO, *Respondent*, and ROBERT E. CARUSO, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-3-01149-1, Neal Q. Rielly, J., entered August 18, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19086-2-III.   Division Three.   December 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JAMES ALLEN STICKELS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-02030-9, Salvatore F. Cozza, J., entered January 7, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 19112-5-III.   Division Three.   December 19, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DAYNA CHRISTOPH, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-8-00720-8, Ellen K. Clark, J., entered February 8, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kato, JJ.